# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv239

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **$153,957.88 in funds derived from** | ) | |
| **Seizures of funds from Wells Fargo** | ) | |
| **Bank Account XXXXXX2137, such** | ) | |
| **account held in the name of Rite-Way** | ) | |
| **Pharmaceuticals LLC, and seizure** | ) | |
| **of cashier's checks drawn on the same** | ) | |
| **account, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Stay [# 14]. Previously, the Court stayed these proceedings for a period of 180 days. The Government now moves to continue the stay of these proceedings pursuant to 18 U.S.C. § 981(g)(1) for another period of 180 days. Claimants consent to staying these proceedings for the additional time period.

Upon a review of the record and relevant legal authority, and for the reasons stated in the Court's December 21, 2015, Order, the Court **GRANTS** the motion [# 14] and **STAYS** these proceedings for an additional period of 180 days. After the expiration of 180 days, the stay shall automatically dissolve unless the

Government or Claimant can show by motion (accompanied by a status report) reasons why the stay should not be lifted.

Signed: June 9, 2016

Dennis L. Howell
United States Magistrate Judge